# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR36 |
| vs. | 8:20CR267 |
| DONAVAN C. SHAW, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's pro se motions (Filing No. 62 in 8:20CR267; Filing No. 250 in 8:20CR36) requesting the Clerk of Court provide him with free copies of his "docket sheet, JNC, plea agreement, and [his] sentencing transcript" in both of the above-captioned cases. Defendant requests copies of these documents be provided for free because he is "trying to file a motion Pro Se" and needs access to specific information. (Filing No. 62 in 8:20CR267; Filing No. 250 in 8:20CR36).

In case number 8:20CR36, Defendant was named in a fifteen count Superseding Indictment on December 16, 2020. (Filing No. 54). In case number 8:20CR267, Defendant was named in a three count Indictment on September 24, 2020. (Filing No. 1). On February 3, 2023, Defendant pled guilty to Counts I, XVI, and XVII in case number 8:20CR36, and to Count I in case number 8:20CR267, pursuant to a plea agreement encompassing both cases. (Filing No. 146 in 8:20CR36; Filing No 53 in 8:20CR267). Judgment was entered on April 28, 2023, in both cases. (Filing No. 191 in 8:20CR36; Filing No. 60 in 8:20CR267). Other than Defendant's current motion for free Copies, there are no other pending motions in either case.

The defendant has now moved for the Court to provide him free copies of his plea agreement and other sentencing documents. A defendant does not have the right to receive copies of documents without payment, even if he is indigent. See 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Neither statutory authority nor this Court's practice requires the provision of free copies of court records to the defendant under these circumstances. Therefore, the Court is not inclined to order a copy of requested court documents at the government's expense. The defendant may pay for the requested copies at the established rate of 50¢ per page. Accordingly,

2

**IT IS ORDERED** that the defendant's motion (Filing No. 62 in case no. 8:20CR267; Filing No. 250 in case no. 8:20CR36) requesting free copies is denied.

Dated this 19th day of September, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge